# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  TANTE H. MEADOWS  &  
1611 SCHOOL STREET     SSN-xxx-xx-8463   Case Number: 05-71917  
ROCKFORD, IL  61101

Case filed on: 4/19/2005  
Plan Confirmed on: 6/24/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan:  $820.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 598.36 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 598.36 | 0.00 |
| 209 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FAIRLANE | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|  | Total Secured | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| 001 | FAIRLANE | 6,099.74 | 6,099.74 | 0.00 | 0.00 |
| 002 | ALLSTATE INSURANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BANK ONE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BLATT HASENMILLER LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CROSS COUNTRY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 230.00 | 230.00 | 0.00 | 0.00 |
| 008 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,329.74 | 6,329.74 | 0.00 | 0.00 |
|  | Grand Total: | 11,193.74 | 11,193.74 | 762.36 | 0.00 |

Total Paid Claimant:      $762.36  
Trustee Allowance:        $57.64  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/25/2006        By  /s/Heather M. Fagan